HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
RAMIRO OROZCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00273 AWI-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| vs. | |
| RAMIRO OROZCO, | DATE: April 28, 2014<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Anthony W. Ishii |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender, Ann McGlenon, counsel for defendant Ramiro Orozco, that the sentencing hearing currently set for April 21, 2014 at 10:00 a.m. before the Honorable Judge Anthony W. Ishii, **may be continued to April 28, 2014 at 10:00 a.m. with the Honorable Judge Anthony W. Ishii.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

//

//

BENJAMIN B. WAGNER
United States Attorney

Dated:  March 19, 2014         /s/ Kimberly Sanchez
Kimberly Sanchez
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Dated:  March 19, 2014         /s/ Ann H. McGlenon
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
RAMIRO OROZCO


**O R D E R**

**IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated:  March 19, 2014                          _____
                                                SENIOR  DISTRICT  JUDGE