# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

| | |
|---|---|
| Honorable Dale A. Drozd<br>United States District Judge<br>Fresno, California | **RE: Ramiro Orozco**<br>**Docket Number: 1:13CR00273-001**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Ramiro Orozco is requesting permission to travel to Morelia, Michoacán, Mexico. Ramiro Orozco is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On April 28, 2014, Ramiro Orozco was sentenced for the offense of 18 U.S.C. §922(g)(1), Felon in Possession of a Firearm (CLASS C FELONY).

**Sentence Imposed:** The offender was sentenced to 46 months in the Bureau of Prisons, 36 months of supervised release, $100 special assessment, and mandatory drug testing.

**Dates and Mode of Travel:** The offender is requesting travel from March 10, 2018, to March 24, 2018, and will be traveling by air.

**Purpose:** The purpose of his travel request is to visit his father who is ill.

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:    Ramiro Orozco
        Docket Number:  1:13CR00273-001
        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,
*/s/ Marlene K. DeOrian*

Marlene K. DeOrian
Sr. United States Probation Officer

Dated:    February 5, 2018
          Fresno, California
          MKD

**REVIEWED BY:**        */s/ Tim D. Mechem*
                       **Tim D. Mechem
                       Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

Approved


IT IS SO ORDERED.

Dated:  **February 7, 2018**                     *Dale A. Drozd*
                                                 UNITED STATES DISTRICT JUDGE